```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JASON HITT
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2751
 5
 6
 7
 8            IN THE UNITED STATES DISTRICT COURT FOR THE
 9                  EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   Mag. No. 2:03-mj-00180 DAD
                                 )
12           Plaintiff,          )
                                 )   MOTION TO DISMISS CRIMINAL
13  v.                           )   COMPLAINT AND ORDER
                                 )
14  JOSE JULIO CONTRERAS,        )
                                 )
15           Defendant.          )
                                 )
16  _____)
```

17       Pursuant to Rule 48 of the Federal Rules of Criminal Procedure,
18  Plaintiff United States of America, by and through Assistant U.S.
19  Attorney Jason Hitt, moves this Honorable Court to dismiss without
20  prejudice the Criminal Complaint and arrest warrant in Mag. No. 2:03-
21  mj-00180.  This motion is made because on or about March 23, 2007,
22  the defendant named in this Criminal Complaint was transferred to the
23  custody of law enforcement officials in Sacramento County based upon
24  an extradition request honored by the Country of Mexico.  The
25  defendant has since been prosecuted in Sacramento Superior Court and
26  is currently serving his sentence.
27  / / /
28  / / /

1

1  The United States respectfully requests that this Honorable
2 Court dismiss the pending Criminal Complaint and arrest warrant in
3 the interests of justice and pursuant to Rule 48 of the Federal Rules
4 of Criminal Procedure.

5
6                                          BENJAMIN B. WAGNER
                                           United States Attorney
7
8 DATED: July 12, 2012              By:/s/Jason Hitt
                                       JASON HITT
9                                      Assistant U.S. Attorney

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**O R D E R**

For the reasons set forth in the government's motion to dismiss the Criminal Complaint, **IT IS HEREBY ORDERED:**

The Criminal Complaint and arrest warrant in Mag. No. 2:03-mj-00180 DAD are hereby DISMISSED without prejudice pursuant to Rule 48 of the Federal Rules of Criminal Procedure.

DATED: July 12, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE